IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00118-MR-WCM

| | | |
|---|---|---|
| MEDICAL SEARCH CONSULTANTS LLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| PASTURE GATE HOLDINGS, INC., PYXIS NYF LLC, MICHAEL ROBERT DUNMIRE, and DENISE MARIE DUNMIRE, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 19) filed by Joe Dye Culik. The Motion indicates that Mr. Culik, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Robert M. Einhorn, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 19) and **ADMITS** Robert M. Einhorn to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 17, 2023

W. Carleton Metcalf
United States Magistrate Judge