IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00118-MR-WCM

| | | |
|---|---|---|
| MEDICAL SEARCH CONSULTANTS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| PASTURE GATE HOLDINGS, INC., PYXIS NYF LLC, MICHAEL ROBERT DUNMIRE, and DENISE MARIE DUNMIRE, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend Temporary Restraining Order and Enlarge Time Within Which Plaintiff May File a Motion for a Preliminary Injunction [Doc. 23].

By the present motion, the parties jointly request that the Court extend the Temporary Restraining Order [Doc. 15] for a period of five business days, up to and including June 1, 2023, and further allow the Plaintiff up to and including May 24, 2023, to file a motion for a preliminary injunction. [Doc. 23]. For grounds, the parties state that the additional time will preserve the status quo, and allow the parties to explore whether they can resolve their

disputes and/or otherwise resolve this preliminary phase of the case by jointly proposing preliminary injunctive relief to the Court. [Id.].

For the reasons stated by the parties, and for cause shown, the Court will grant the parties' motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Extend Temporary Restraining Order and Enlarge Time Within Which Plaintiff May File a Motion for a Preliminary Injunction [Doc. 23] is **GRANTED**, and the Temporary Restraining Order [Doc. 15] entered on May 10, 2023 is hereby **EXTENDED** for a period of five (5) business days, up to and including **June 1, 2023 at 12:30 p.m.**

**IT IS FURTHER ORDERED** that the Plaintiff shall have up to and including **May 24, 2023**, to file a motion for a preliminary injunction.

**IT IS SO ORDERED.**

Signed: May 17, 2023

Martin Reidinger
Chief United States District Judge