IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00118-MR-WCM

| | |
|---|---|
| MEDICAL SEARCH CONSULTANTS LLC, </br></br> Plaintiff, </br></br> vs. </br></br> PASTURE GATE HOLDINGS, INC., PYXIS NYF LLC, MICHAEL ROBERT DUNMIRE, and DENISE MARIE DUNMIRE, </br></br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Uncontested Motion for Preliminary Injunction [Doc. 27].

The Court entered a Temporary Restraining Order (TRO) in this case on May 10, 2023. [Doc. 15]. On May 17, 2023, the Court granted the parties' request to extend the TRO and to enlarge the time within which the Plaintiff could file a motion for preliminary injunction until May 24, 2023. [Doc. 26]. By the present motion, the Plaintiff advises that the parties have agreed to the conversion of the TRO to a Preliminary Injunction on the same terms as set forth in the Court's May 10, 2023 Order.

In light of the parties' agreement, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Uncontested Motion for Preliminary Injunction [Doc. 27] is **GRANTED**, and the Court hereby enters a Preliminary Injunction as follows:

(1) Defendants Michael Dunmire, Denise Dunmire, and Pasture Gate are hereby **RESTRAINED** and **ENJOINED** from misappropriating or otherwise disclosing MSC's confidential information and trade secrets in the form of MSC's Recruiter Training Manual, Brand Standards Manual, and customized customer relationship management database and applicant tracking system;

(2) Defendant Pyxis is hereby **RESTRAINED** and **ENJOINED** from using MSC's ALL MEDSEARCH trademark;

(3) The Defendants shall preserve all information in any way related to the parties in this case or the claims herein, directly or indirectly, that is currently stored on their personal computer(s) or other computer(s) over which the Defendants have possession, custody, or control, and any personal digital assistant or mobile device, including any information stored on backup media; and

(4) The Defendants shall preserve all e-mails, whether on a computer or mobile device under their control, on Pyxis' computer(s), or on an internet mail server related to any work for or with i4 Search Group, Superior Talent, and/or Pyxis.

This Preliminary Injunction shall remain in effect until further Order of this Court.

**IT IS SO ORDERED.**

Signed: May 25, 2023

Martin Reidinger
Chief United States District Judge