IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00118-MR-WCM

| | |
|---|---|
| MEDICAL SEARCH CONSULTANTS, LLC, ) ) ) Plaintiff, ) ) v. ) ) PASTURE GATE HOLDINGS, INC.; ) PYXIS NYF LLC; MICHAEL ROBERT ) DUNMIRE; and DENISE MARIE ) DUNMIRE, ) ) Defendants. ) ) | ORDER |

This matter is before the Court on "Plaintiff's Unopposed Motion to Seal" (the "Motion to Seal," Doc. 37).

By the Motion to Seal, Plaintiff seeks the sealing of a Franchise Agreement between Medical Search Consultants LLC and Pasture Gate Holdings, LLC, dated September 18, 2020 (the "Franchise Agreement"). Docs. 35-1 and 36-1.

The Franchise Agreement was previously sealed in conjunction with Plaintiff's Motion for Temporary Restraining Order. Doc. 14. Defendants now submit the Franchise Agreement as an exhibit to their "Motion to Stay (Partially Opposed)" (the "Motion to Stay," Doc. 35) and "Motion to Stay, Corrected, Partially Opposed" (the "Corrected Motion to Stay," Doc. 36).

1

Consistent with the Court's previous Order, Doc. 14, and noting that an in-depth analysis of the Franchise Agreement is not necessary to the Court's consideration of the Corrected Motion to Stay, the Motion to Seal will be granted as to the Franchise Agreement. Counsel are advised, though, that this document may be unsealed at a later stage of this matter if appropriate, and that future requests to seal documents in this case should be accompanied by proposed redacted copies of the subject documents, which redacted copies may be publicly viewable.

The second exhibit to the Motion to Stay and Corrected Motion to Stay (the "Remaining Materials," Docs. 35-2, 36-2)) has been provisionally sealed. However, the Motion to Seal does not request that those materials be sealed.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Seal is **GRANTED**, and the Franchise Agreement (Docs. 35-1 and 36-1) is **SEALED** until further Order of the Court.

2. Defendants are directed to **SHOW CAUSE** on or before **December 13, 2023** why the Remaining Materials (Docs. 35-2, 36-2) should not be unsealed.

Signed: 12/8/2023

W. Carleton Metcalf
United States Magistrate Judge