IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00118-MR-WCM

| | |
|---|---|
| MEDICAL SEARCH CONSULTANTS, LLC, ) ) ) Plaintiff, ) ) v. ) ) PASTURE GATE HOLDINGS, INC., ) PYXIS NYF LLC, MICHAEL ROBERT ) DUNMIRE, and DENISE MARIE ) DUNMIRE, ) ) Defendants. ) ) | ORDER |

This matter is before the Court for case management purposes following the filing of a "Suggestion of Bankruptcy" by Defendant Michael Robert Dunmire (Doc. 60) and a "Notice of Bankruptcy Stay as to Defendant Michael Robert Dunmire" by Medical Search Consultants, LLC (Doc. 61).

It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2014); see also 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor").

1

Accordingly, this matter is hereby **STAYED** as to Defendant Michael Robert Dunmire until further order of the Court.[1]

The parties are **DIRECTED TO FILE** a status report with the Court every ninety (90) days until the bankruptcy proceeding is completed or the automatic stay is lifted, whichever first occurs.

It is so ordered.

Signed: January 7, 2025

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The stay ordered herein is limited to Michael Robert Dunmire and does not stay claims by or against any other party.