IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 1:23-cv-00118

MEDICAL SEARCH CONSULTANTS LLC,

Plaintiff,

v.

PASTURE GATE HOLDINGS, INC., PYXIS NYF LLC, MICHAEL ROBERT DUNMIRE, and DENISE MARIE DUNMIRE,

Defendants.

**DEFENDANT MICHAEL ROBERT DUNMIRE'S STATUS REPORT**

Pursuant to the Court's January 7, 2025 Order [DE 62] (the "Order"), Defendant, MICHAEL ROBERT DUNMIRE, respectfully submit this Status Report advising of the status of his on-going bankruptcy proceedings for the Court's consideration.

1. On January 3, 2025, Defendant, Michael Dunmire ("Defendant") filed a Suggestion of Bankruptcy advising this Court of the pendency of bankruptcy proceedings initiated in the United States Bankruptcy Court Middle District of North Carolina (Case No.: 24-50921).

2. The bankruptcy court conducted the Creditor's Meeting on January 17, 2025, and completed such meeting on February 28, 2025.

3. Also, the Defendant submitted three Reaffirmation Agreements to the Court on March 7, 2025; March 13, 2025; and March 14, 2025.

4. On April 18, 2024, Plaintiff/Creditor, Medical Search Consultants, LLC filed an Adversary Case seeking to object to the discharge of Defendant's debt.

5. Defendant, by and through counsel, is addressing the Plaintiff/Creditor's discharge efforts which presently remain unresolved.

**ZARCO EINHORN SALKOWSKI**
ONE BISCAYNE TOWER | 2 S. BISCAYNE BLVD., 34TH FLOOR | MIAMI, FLORIDA 33131 | T: (305) 374-5418 | F: (305) 374-5428

Case 1:23-cv-00118-MR-WCM   Document 75   Filed 07/07/25   Page 1 of 3

6. Defendant shall file his next status report in another ninety (90) days.

Date: July 7, 2025                                    Respectfully submitted,

**ZARCO EINHORN SALKOWSKI, P.A.**
*Counsel for Plaintiffs*
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
T: (305) 374-5418
F: (305) 374-5428

By: /s/ *Alec R. Shelowitz*
**ROBERT M. EINHORN**
Florida Bar No. 858188
reinhorn@zarcolaw.com
imorfi@zarcolaw.com
**MICHAEL D. BRAUNSTEIN**
Florida Bar No. 1003845
mbraunstein@zarcolaw.com
bryan@zarcolaw.com
**ALEC R. SHELOWITZ**
Florida Bar No. 1010127
ashelowitz@zarcolaw.com
(*Admitted Pro Hac Vice*)


*/s/ Joe Dye Culik*
Joe Dye Culik
DYE CULIK PC
1200 E. Morehead St., Suite 260
Charlotte, NC 28204
jc@dyeculik.com
(980) 999-3557
(980) 999-3537 (Fax)
N.C. Bar No. 50365

*Counsel for Defendants, Pasture Gate Holdings, Inc., Pyxis NYF, LLF, Michael Robert Dunmire, and Denise Marie Dunmire*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 7th day of April 2025 through the Court's CM/ECF System upon all counsel of record.

By: /s/ *Alec R. Shelowitz*
     Alec R. Shelowitz

3
**ZARCO EINHORN SALKOWSKI**
ONE BISCAYNE TOWER │ 2 S. BISCAYNE BLVD., 34TH FLOOR │ MIAMI, FLORIDA 33131 │ T: (305) 374-5418 │ F: (305) 374-5428

Case 1:23-cv-00118-MR-WCM    Document 75    Filed 07/07/25    Page 3 of 3